# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HAKEEM HASAN MANNIE, ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 3:14-0541 |
| ) | Judge Trauger |
| LT. DOUG WHITEFIELD, and ) | |
| C/O JULIE CRIPPS, ) | |
| Defendants. ) | |

## O R D E R

On August 21, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 27), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by the defendants (Docket No. 22) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. This Order shall constitute the judgment in this cause.

It is so **ORDERED**.

ENTER this 18th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge